W. Zev Abramson, Esq. #289387
Jeremy J. Levy, Esq. #309462
**ABRAMSON LABOR GROUP**
3580 Wilshire Blvd, Suite 1260
Los Angeles, California 90010
Tel:  (213) 493-6300
Fax:  (213) 382-4083
wza@abramsonlabor.com
jeremy@abramsonlabor.com

Attorneys for Plaintiff,
PATRICK EVANS

John H. Adams, Jr. Esq. #253341
Kevin V. Koligian, Esq. #258711
**LITTLER MENDELSON, P.C.**
500 Capital Mall, Suite 2000
Sacramento, CA 95814
jhadams@littler.com
kkoligian@littler.com

Attorneys for Defendant,
TRANSDEV SERVICES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK EVANS,<br><br>        Plaintiff,<br>vs.<br><br>TRANSDEV SERVICES, INC., a corporation, and DOES 1-100,<br><br>        Defendants. | Case No.: 2:17-cv-02109-JAM-DB<br><br>**ORDER TO CONTINUE DISCOVERY DEADLINE BASED ON JOINT STIPULATION OF PARTIES** |

On November 15, 2018, in the above captioned court located at 501 I Street, Sacramento, CA 95814, Plaintiff Patrick Evans, and Defendant Transdev

Services, Inc., Motion to Continue Trial and Related Deadlines was heard and reviewed by this Court.

Upon full consideration of the moving papers, the joint stipulation, and any oral arguments (if any), the Court hereby ORDERS:

1. Discovery Cutoff – 3/22/19
2. Dispositive Motion Filing – 5/7/19
3. Dispositive Motion Hearing – 6/4/19 at 1:30 p.m.
4. Joint Pretrial Statement due – 7/12/19
5. Pretrial Conference – 7/19/19 at 11 a.m.
6. Jury Trial – 8/26/19 at 9:00 a.m.

IT IS HEREBY ORDERED.

DATED: November 15, 2018

U.S. District Court, Eastern District

/s/ John A. Mendez_____
United States District Court Judge