UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK EVANS,<br><br>        Plaintiff,<br><br>vs.<br><br>TRANSDEV SERVICES, INC., a corporation, and DOES 1-100,<br><br>        Defendants. | Case No.: 2:17-cv-02109-JAM-DB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

        Having reviewed the foregoing Joint Stipulation, and for good cause appearing, the Court hereby grants the Parties' Joint Stipulation for Dismissal with Prejudice, and dismisses Case No. 2:17-cv-02109-JAM-DB with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: July 11, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE      Case No. 2:17-cv-02109-JAM-DB

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200